USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN A. CUCULICH,

                      Plaintiff,

     - against -

JOHN Z. RIGOS,

                      Defendant.
------------------------------------------------------------X

21-CV-6752 (SLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 18, 2022, I held a call with the parties to discuss potential settlement. The tenant party was ordered to notify the Court by April 25, 2022 if the tenant would participate in settlement. No response appears on the docket. Accordingly, by June 13, 2022, the parties shall file a joint report as to status of settlement discussions and whether they believe it would be productive to have a settlement conference.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2022
       New York, New York

Copies transmitted this date to all counsel of record.