UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN A. CUCULICH as Trustee of Inter Vivos Tr II FBO The Cuculich Family,

                Plaintiff,

-v-

JOHN Z. RIGOS,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 6752 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff has filed a letter-motion to compel non-party Rocco DiSpirito's compliance with a deposition subpoena. (ECF No. 46 (the "Letter-Motion")). The Court orders as follows:

1. By today, **September 2, 2022**, Plaintiff shall serve the Letter-Motion and a copy of this Order on Mr. DiSpirito and file proof of service on the docket.

2. By **September 9, 2022**, Mr. DiSpirito shall file a response to the Letter-Motion.

Dated:     New York, New York
             September 2, 2022

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**