UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. CUCULICH as Trustee of Inter Vivos Tr II FBO The Cuculich Family,<br><br>                      Plaintiff,<br><br>-v-<br><br>JOHN Z. RIGOS,<br><br>                      Defendant. | CIVIL ACTION NO.: 21 Civ. 6752 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 17, 2022, the Court denied without prejudice Plaintiff's request to compel non-party Rocco DiSpirito's compliance with a deposition subpoena, and directed Plaintiff to file a letter (the "Letter") regarding the status of Mr. Dispirito's deposition by December 19, 2022. (ECF No. 61 (the "Nov. 17 Order")).  Plaintiff failed to comply with the Nov. 17 Order.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs Plaintiff to file the Letter by **December 21, 2022**.

Dated:      New York, New York
             December 20, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**