UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. CUCULICH as Trustee of Inter Vivos Tr II FBO The Cuculich Family, <br><br>      Plaintiff, <br><br>-v- <br><br>JOHN Z. RIGOS, <br><br>      Defendant. | CIVIL ACTION NO.: 21 Civ. 6752 (SLC) <br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised that discovery is complete (see ECF Nos. 50, 63), the Court directs the parties to file a letter by **January 20, 2023** advising whether they (i) seek a referral to another Magistrate Judge for settlement, (ii) intend to move for summary judgment and, if so, proposing a briefing schedule, or (iii) are prepared to proceed to trial.

Dated:  New York, New York
     December 21, 2022

               SO ORDERED.

               _____
               **SARAH L. CAVE**
               **United States Magistrate Judge**