UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. CUCULICH as Trustee of Inter Vivos Tr II FBO The Cuculich Family,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>JOHN Z. RIGOS,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.: 21 Civ. 6752 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 65) for leave to file a motion for summary judgment (the "Motion") is GRANTED, and the Court orders as follows:

1. By **March 8, 2023**, Plaintiff shall file the Motion.

2. By **March 22, 2023**, Defendant shall file his opposition to the Motion.

3. By **March 29, 2023**, Plaintiff shall file his reply, if any.

Dated:　　　New York, New York
　　　　　　January 23, 2023

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**