UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. CUCULICH as Trustee of Inter Vivos Tr II FBO The Cuculich Family,<br><br>      Plaintiff,<br><br> -v-<br><br>JOHN Z. RIGOS,<br><br>      Defendant. | CIVIL ACTION NO.: 21 Civ. 6752 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 30, 2024, by **June 13, 2024**, the parties shall file a stipulation of dismissal.

Dated:  New York, New York
     May 30, 2024

                 SO ORDERED.

                 _____
                 **SARAH L. CAVE**
                 **United States Magistrate Judge**