June 12, 2024

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Steven A. Cuculich, et al. v. John Z. Rigos*
Case No.: 1:21-cv-06752-SLC

Dear Judge Cave:

    We represent the parties in connection with the above referenced matter. Pursuant to the telephone conference on May 30, 2024, the parties have until June 13, 2024 to file a stipulation of dismissal. The parties are currently working on a draft settlement agreement and related documents, and have made significant progress. However, the parties need additional time and respectively request a two week extension to file a stipulation of dismissal.

Respectfully Submitted,

| | |
|---|---|
| **MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP** | **MORICI & MORICI LLP** |
| By: /s/ John M. Bradham | By: /s/ Gerard C. Morici |
| John M. Bradham | Gerard C. Morici |
| 444 Madison Avenue, 4th Floor | One Grand Central Place |
| New York, New York 10022 | 60 East 42nd Street, Suite 2450 |
| Tel: (212) 695-8050 | New York, NY 10165 |
| Email: JBradham@msbllp.com | Tel: (212)-687-6050 |
| | Email: gmorici@moricilaw.com |
| *Attorneys for Plaintiff Steven A. Cuculich, as Trustee of Inter Vivos Tr II FBO The Cuculich Family* | *Attorneys for Defendant John Z. Rigos* |