> The request at ECF No. 89 is GRANTED. By **July 25, 2024**, the parties shall file a stipulation of dismissal.
>
> The Clerk of Court is respectfully directed to close ECF No. 89.
>
> SO ORDERED        7/11/2024
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re:  *Steven A. Cuculich, et al. v. John Z. Rigos*
     Case No.: 1:21-cv-06752-SLC

Dear Judge Cave:

We represent the parties in connection with the above referenced matter. Pursuant to the Court's Order dated June 27, 2024, the parties have until July 11, 2024 to file a stipulation of dismissal. The parties and the underlying tenant have finalized the terms of a settlement agreement and we are awaiting signatures on the settlement agreement, which we expect within a day or two. Accordingly, the parties respectively request a two-week extension to file a stipulation of dismissal.

Respectfully Submitted,

**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP**

By: /s/ John M. Bradham
John M. Bradham
444 Madison Avenue, 4th Floor
New York, New York 10022
Tel: (212) 695-8050
Email: JBradham@msbllp.com

*Attorneys for Plaintiff Steven A. Cuculich, as Trustee of Inter Vivos Tr II FBO The Cuculich Family*

**MORICI & MORICI LLP**

By: /s/ Gerard C. Morici
Gerard C. Morici
One Grand Central Place
60 East 42nd Street, Suite 2450
New York, NY 10165
Tel: (212)-687-6050
Email: gmorici@moricilaw.com

*Attorneys for Defendant John Z. Rigos*