UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEVEN A. CUCULICH, as Trustee of Inter Vivos Tr II FBO The Cuculich Family,

       Plaintiff,

-against-

JOHN Z. RIGOS,

       Defendant.

------------------------------------------------------------x

Case No.: 1:21-cv-6752-SLC

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action is voluntarily dismissed, with prejudice against Defendant John Z. Rigos pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Notwithstanding the foregoing, this Stipulation shall not be with prejudice to Plaintiff's right to file a confession of judgment against Defendant pursuant to the settlement agreement between the parties or to bring an action for breach of the settlement agreement.

| | |
|---|---|
| **MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP** | **MORICI & MORICI LLP** |
| By: _[signature]_ <br> John M. Bradham <br> 444 Madison Avenue, 4th Floor <br> New York, New York 10022 <br> Tel: (212) 695-8050 <br> Email: JBradham@msbllp.com | By: _[signature]_ <br> Gerard C. Morici <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2450 <br> New York, NY 10165 <br> Tel: (212)-687-6050 <br> Email: gmorici@moricilaw.com |
| *Attorneys for Plaintiff Steven A. Cuculich, as Trustee of Inter Vivos Tr II FBO The Cuculich Family* | *Attorneys for Defendant John Z. Rigos* |
| Dated: July 25, 2024 | Dated: July 25, 2024 |

The Clerk of Court is respectfully directed to close this case.  SO ORDERED  7/29/2024

_[signature]_
SARAH L. CAVE
United States Magistrate Judge